THIS OPINION HAS NO PRECEDENTIAL
VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH
CAROLINA
In The Court of Appeals

 
 
 
 The
 State,        Respondent,
 
 
 

v.

 
 
 
 Robert Prioleau,       
 Appellant.
 
 
 

Appeal From Richland County
J. Ernest Kinard, Jr., Circuit Court Judge

Opinion Number 2005-UP-482
Submitted August 1, 2005  Filed August 11, 2005

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender
 Eleanor Duffy Cleary, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Solicitor Warren Blair Giese, all of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Robert
Prioleau appeals his convictions and sentences for first-degree burglary and
assault and battery with intent to kill.  Counsel for Prioleau attached to
the final brief a petition to be relieved as counsel.  Prioleau did not
file a separate pro se response.
After a review of the record as
required by Anders v. California, 386 U.S. 738 (1967), and State v.
Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly
appealable issues that are arguable on their merits.  Accordingly, we
dismiss Prioleaus appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.
HEARN, C.J., STILWELL, and
KITTREDGE, JJ., concur.